WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

EMILIO TORRES

        Plaintiff(s),

        Case No.  1:18-cv-1088

v.

        Hon. Paul L. Maloney

VITALE'S ITALIAN RESTAURANT,
INC., ET AL,  Defendant(s).

_____/

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1,     **Vitale's Italian Restaurant, Inc.**
makes the following disclosure:     (Party Name)

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: __November 6, 2018__         /s/ Ian A. Northon
                                                                                   (Signature)
                                                                                   Ian A. Northon (P65082)
                                                                                    RHOADES MCKEE PC
                                                                                    Attorneys for Defendants
                                                                                    55 Campau Ave., N.W., Ste. 300
                                                                                    Grand Rapids, MI 49503
                                                                                    (616) 235-3500